(89 South. 922)

Ex parte ALABAMA MACHINERY & SUPPLY CO. DICKSON v. ALABAMA MACHINERY & SUPPLY CO. (3 Div. 523.) (Supreme Court of Alabama, June 16, 1921.) Certiorari to Court of Appeals. Ball & Beckwith, of Montgomery, for petitioners. Leader, Ullman & Ewing, of Birmingham, opposed.

GARDNER, J. The petition of the Alabama Machinery & Supply Company for certiorari to the Court of Appeals to review and revise the judgment of said court, rendered on the appeal of R. S. Dickson v. Alabama Machinery & Supply Company, 89 South. 843. Writ denied.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.

(89 South. 922)

AUSTIN v. STATE. (4 Div. 938.) (Supreme Court of Alabama, June 30, 1921.) Certiorari to Court of Appeals. Farmer, Merrill & Farmer, of Dothan, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of Hosea Austin for certiorari to Court of Appeals to review and revise the judgment of said court rendered on the appeal of Hosea Austin v. State, 89 South. 854. Writ denied.

ANDERSON, C. J., and McCLELLAN and THOMAS, JJ., concur.

(89 South. 922)

BALL v. BALL. (6 Div. 297.) (Supreme Court of Alabama. May 19, 1921.) Appeal from Circuit Court, Jefferson County; Dan A. Greene, Judge. Aird & Aird, of Birmingham, for appellant. Bowers, Dixon & Bowron, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(90 South. 925)

BARRETT, alias Rose, v. STATE. (6 Div. 537.) (Supreme Court of Alabama. Oct. 20, 1921.) Certiorari to Court of Appeals. Prosch & Prosch, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SOMERVILLE, J. Petition of Ollie Barrett, alias Rose, for certiorari to the Court of Appeals to review and revise the judgment of said court rendered on the appeal of Ollie Barrett, alias Rose, v. State of Alabama, 90 South. 13. Writ denied.

(90 South. 925)

Ex parte BAXLEY. BAXLEY v. STATE. (4 Div. 960.) (Supreme Court of Alabama. Oct. 20, 1921.) Certiorari to Court of Appeals Farmer, Merrill & Farmer, of Dothan, for peti-

tioner. Harwell G. Davis, Atty. Gen., for appellee.

PER CURIAM. Petition of Joe Baxley for certiorari to the Court of Appeals to review and revise the judgment and decision of said court rendered on the appeal of Joe Baxley v. State, 90 South. 434. Writ denied.

(89 South. 922)

BURNS v. SPARKS. (6 Div. 232.) (Supreme Court of Alabama. June 16, 1921.) Appeal from Circuit Court, Jefferson County; E. M. Hammil, Special Judge. C. C. Nesmith and F. S. White & Son, all of Birmingham, for appellant. J. H. Ward, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(90 South. 925)

Ex parte CITY OF DECATUR. Ex parte DAILEY. (8 Div. 364.) (Supreme Court of Alabama. June 9, 1921.) Certiorari to Court of Appeals. Callahan & Harris, of Decatur. for petitioner. Wert & Hutson, of Decatur. for appellee.

MILLER, J. Petition by the city of Decatur for certiorari to the Court of Appeals to review and revise the judgment of said court rendered on the appeal of Ex parte Julius Dailey, 90 South. 69. Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

(89 South. 922)

Ex parte COMMERCIAL SAVINGS BANK & TRUST CO. (8 Div. 311.) (Supreme Court of Alabama. April 21, 1921. Rehearing Denied May 19, 1921.) Certiorari to Court of Appeals. E. C. Nix, of Albany, for petitioner. G. O. Chenault, of Albany, and E. W. Godbey, of Decatur, for respondent.

SOMERVILLE, J. Petition for certiorari to the Court of Appeals by the Commercial Savings Bank & Trust Company to review and revise the judgment and decision of the Court of Appeals, rendered in the appeal of Commercial Savings Bank & Trust Company v. A. Z. Bailey Grocery Co. et al., 17 Ala. App. 173, 83 South. 11. Writ denied.

ANDERSON, C. J., and McCLELLAN and THOMAS, JJ., concur.